UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2020 AUG 25 P 3 34

CLERK OF COURT

20-CR-152

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLE S. LOUNSBURY,

Defendant.

Case No. 20-CR
[18 U.S.C. §§ 922(a)(6), 922(g)(3) &
924(a)(2)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     On or about February 25, 2020, in the State and Eastern District of Wisconsin,

### KYLE S. LOUNSBURY,

in connection with the acquisition of a firearm from Cabela's, a federally licensed firearms dealer,

in Richfield, Wisconsin, knowingly made a false and fictitious written statement intended and

likely to deceive Cabela's as to a fact material to the lawfulness of the sale and disposition of such

firearm under the provisions of Chapter 44 of Title 18, United States Code.

2.     In connection with the purchase of a Springfield Armory (HS Produkt), model

XD9, 9mm pistol, bearing serial number GM807015, Kyle S. Lounsbury falsely stated on the

Firearms Transaction Record (ATF Form 4473) that he was not an unlawful user of, or addicted

to, a controlled substance when, in fact, Lounsbury admitted that he has been a regular user of

marijuana.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2020, in the State and Eastern District of Wisconsin,

### KYLE S. LOUNSBURY,

knowing he is an unlawful user of controlled substances, to wit, marijuana, knowingly possessed

a firearm which, prior to his possession of it, had been transported in interstate and foreign

commerce, the possession of which was therefore in and affecting commerce.

2.      The firearm is further described as a Springfield Armory (HS Produkt), model XD9,

9mm pistol, bearing serial number GM807015.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

2

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(a)(6) and 922(g)(3) set forth in Counts One and Two of this Indictment, the defendant, Kyle S. Lounsbury, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1) and 924(c), including, but not limited to: a Springfield Armory (HS Produkt), model XD9, 9mm pistol, bearing serial number GM807015,

A TRUE BILL:

FOREPERSON

Date: __8|2ð|2ø__

MATTHEW D. KRUEGER
United States Attorney

3